```
              UNITED STATES DISTRICT COURT
                       for the
                DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA        :
                                                    09cr400-01
                                :
        Petitioner(s)
                                :
    v.                                       **ORDER**
                                :
OLUWAJIDE OGUNBIYI
                                :
        Defendant(s)
                                :

It is on this 21st day of January, 2010,

ORDERED that the motion for Paulette L. Pitt to withdraw as counsel in this matter be granted.

                            s/Susan D. Wigenton
                            SUSAN D. WIGENTON, U.S.D.J.